UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                 00-cr-631 (PKC)

       -against-                                            ORDER

THOMAS BOLERA,

                          Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The government is directed to respond to the submission of Thomas Bolera (DE 136) within 30 days.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
         October 6, 2021